IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01539-MSK-CBS

JANET A. KELLY, and
GERALD L. KELLY, wife and husband,

        Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
FRONTIER AIRLINES, INC., a Colorado corporation, and
B-G MAINTENANCE MANAGEMENT OF COLORADO, INC.,
a Missouri corporation,

        Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on Plaintiff's Amended Complaint **(#6)** filed in response to the Court's Order to Show Cause **(#5)**. Having reviewed the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause **(#5)** is deemed satisfied and the Order is **DISCHARGED.**

Dated this 5th day of October, 2005.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger (signature)*

                                                Marcia S. Krieger
                                                United States District Judge