IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01539-MSK-CBS

JANET A. KELLY, and
GERALD L. KELLY, wife and husband,

        Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
FRONTIER AIRLINES, INC., a Colorado corporation, and
B-G MAINTENANCE MANAGEMENT OF COLORADO, INC.,
a Missouri corporation,

        Defendants.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND CLOSURE OF CASE
_____

**THE COURT,** having reviewed Plaintiffs' Notice of Dismissal without Prejudice **(#10)** of this action, finds that no party has served an answer, and that Dismissal without Prejudice is warranted under Fed. R. Civ. P. 41(a)(1).

**IT IS ORDERED** that the within matter is hereby DISMISSED WITHOUT PREJUDICE. The clerk shall close this case.

DATED this 12th day of October, 2005.

        BY THE COURT:

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge