**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01539-REB-BNB

DENVER EMPLOYEES RETIREMENT PLAN,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL INC, et al.,

    Defendants.

## ORDER CONCERNING CONSOLIDATION

**Blackburn, J.**

    This matter is before the court *sua sponte*. The court notes that the parties have indicated that they believe it is appropriate for this case to be consolidated with ***In re Qwest Communications International, Inc., Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788). However, no motion seeking such a consolidation has been filed in this case, and consolidation will not be ordered absent a proper motion for consolidation.

    **THEREFORE, IT IS ORDERED** that if the parties in the above-captioned case wish to have this case consolidated with ***In re Qwest Communications International, Inc., Securities and "ERISA" Litigation (No. II)***, Master Docket No. 06-cv-17880-REB-PAC (MDL Docket No. 1788), then on or before **April 27, 2007**, any or all of the parties shall file a motion for consolidation in this case.

2

Dated April 9, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**